(No. 6471)

MERCK, SHARP AND DOHME, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed May 3, 1973.*

MERCK, SHARP AND DOHME, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6664)

JOHN E. REID AND ASSOCIATES, Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed May 3, 1973.*

JOHN E. REID AND ASSOCIATES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6930)

RENDEL'S, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed May 3, 1973.*

RENDEL'S, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

298

PER CURIAM.

(No. 6932 )

RENDEL'S, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed May 3, 1973.*

RENDEL'S, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 7002 )

WALTER C. McCRONE ASSOCIATES, INC., Claimant, *vs.* STATE OF ILLINOIS, ATTORNEY GENERAL'S OFFICE, Respondent.

*Opinion filed May 3, 1973.*

WALTER C. McCRONE ASSOCIATES, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 7073 )

RIVEREDGE HOSPITAL, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed May 3, 1973.*